**Order entered November 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00353-CV

**MRC PERMIAN COMPANY AND JOE FORAN, Appellants**

**V.**

**THREE RIVERS OPERATING COMPANY AND THREE RIVERS ACQUISITION LLC, Appellees**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-12637-A**

## ORDER

We **GRANT** appellants' November 20, 2014 unopposed motion for extension of time to

file reply brief and **ORDER** the brief be filed no later than January 2, 2015.


/s/     CRAIG STODDART
          JUSTICE